BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PAULINE BROWNING,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-1908-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 5, 2015, to September 4, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel recently returned from leave related to his wedding and has a higher than normal workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                              Respectfully submitted,

Dated: August 6, 2015            /s  Manuel Serpa
                              (*as authorized via e-mail on August 6, 2015)
                              MANUEL SERPA
                              Attorney for Plaintiff

Dated: August 6, 2015            BENJAMIN B. WAGNER
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                    By:     /s/ Marcelo Illarmo
                              MARCELO ILLARMO
                              Special Assistant United States Attorney

                              Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including September 4, 2015, in which to file a response to Plaintiff's opening brief.  All other deadlines set forth in the December 2, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **August 7, 2015**                      /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE