BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PAULINE BROWNING,<br><br>     Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | ) Case No.: 1:14-cv-1908-BAM<br>)<br>) STIPULATION AND ORDER FOR A<br>) SECOND EXTENSION OF TIME<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 4, 2015, to October 5, 2015. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel was ill last week necessitating two doctor appointments in the past seven days, and will need additional time to prepare a response.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1  Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3  Respectfully submitted,

4  Dated:  September 1, 2015  /s/   Shanny Lee
                              (*as authorized via e-mail on September 1, 2015)
5                             SHANNY LEE
                              Attorney for Plaintiff
6

7

8  Dated:  September 1, 2015  BENJAMIN B. WAGNER
                              United States Attorney
9                             DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
10                            Social Security Administration

11                   By:      /s/ Marcelo Illarmo
                              MARCELO ILLARMO
12                            Special Assistant United States Attorney

13                            Attorneys for Defendant

14

15

16                            ORDER

17

18     Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED,

19  that Defendant shall have a second extension of time, up to and including October 5, 2015, in which

20  to file a response to Plaintiff's opening brief.  All other deadlines set forth in the December 2, 2014

21  Case Management Order are modified accordingly.

22  IT IS SO ORDERED.

23

24  Dated:   **September 1, 2015**        /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28