BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PAULINE BROWNING,<br><br>,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-1908-BAM<br><br>STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 5, 2015, to October 19, 2015.  This is Defendant's third request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel had a higher workload than normal, and will need additional time to prepare a response.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                Respectfully submitted,

Dated:  October 5, 2015           */s/   Shanny Lee*
                                             (*as authorized via e-mail on October 5, 2015)
                                             SHANNY LEE
                                             Attorney for Plaintiff

Dated:  October 5, 2015           BENJAMIN B. WAGNER
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration

                                By:     */s/ Marcelo Illarmo*
                                           MARCELO ILLARMO
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, to an including October 19, 2015, in which to file Defendant's opposition to Plaintiff's Motion for Summary Judgment.  No further extensions of time shall be granted absent a showing of good cause.
IT IS SO ORDERED.

   Dated:   **October 5, 2015**                /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE